LKG
F. #2017R01308

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 30 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | O R D E R |
| - against - | 17-CR-390 (RJD) (JO) |
| PERFECTO DELEON, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lindsay K. Gerdes, and after review of the transcript of the guilty pleas of defendant PERFECTO DELEON dated February 5, 2018, before United States Magistrate Judge James Orenstein, I hereby adopt the recommendation of United States Magistrate Judge James Orenstein and accept the guilty plea of defendant DELEON to a lesser-included offense of Count One of the above-captioned indictment. I find that the plea was made knowingly and voluntarily and that there is a factual basis for the pleas.

Dated:   Brooklyn, New York
         4/30, 2018

s/RJD
_____
THE HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK